UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 07 cv 02207 (JDB) |
| v. | ) |
| | ) |
| UNIVERSITY OF THE | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant "University of the District of Columbia", though counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves this Court to dismiss the plaintiff's complaint because the University of the District of Columbia is *non sui juris*.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated by reference.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Section IV

          __/s/ C. Vaughn Adams_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W., 6S-066
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295
(202) 727-3625 (fax)
corliss.adams@dc.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was served via PACER and mailed, postage prepaid, on February 12, 2008 to:

David R. Levinson, Esquire
1329 19th Street, N.W.,
 Suite 601
Washington, DC 20036


          __/s/ C. Vaughn Adams_____
C. VAUGHN ADAMS
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS,              ) <br> ) <br> Plaintiff,       ) <br> ) <br> v.                             ) <br> ) <br> UNIVERSITY OF THE      ) <br> DISTRICT OF COLUMBIA  ) <br> ) <br> Defendant.      ) <br> _____) | Civil No. 07 cv 02207 (JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Plaintiff filed this lawsuit against the University of the District of Columbia alleging that she was wrongfully discriminated against and denied employment as a full time professor in violation of the Age Discrimination in Employment Act and was retaliated against for complaining to the EEOC. According to the complaint, Plaintiff is 72 years of age and has been employed on and off with UDC since 1974. See Complaint, generally.

As an agency within the District of Columbia Government, the University of the District of Columbia is *non sui juris* and cannot be a party to this lawsuit. The law is clear that "agencies and departments within the District of Columbia government are not suable as separate entities." *Does I through III v. District of Columbia,* 238 F. Supp. 2d 212, 222 (D.D.C. 2002) (quoting *Gales v. District of Columbia*, 47 F. Supp. 2d 43, 48 (D.D.C. 1999) (in turn citing *Fields v. District of Columbia Dep't of Corr.,* 789 F. Supp. 2d 20, 22 (D.D.C. 1992)); *see also Arnold v. Moore,* F. Supp. 28, 33 (D.D.C. 1997)

("governmental agencies of the District of Columbia are not suable entities") (citing *Robertson v. District of Columbia Bd. of Higher Educ.,* 359 A.2d 28, 31, n.4 (D.C. 1976); *Miller v. Spencer*, 330 A.2d 250, 251, n.1 (D.C. 1974). The statutory powers and duties set forth in D.C. Code § 38-1202(a) (2003), *et seq.*, describe the powers and responsibilities of the Board of Trustees of the University of the District of Columbia and contain no provision for the independent agency known as "University of the District of Columbia" to be sued in its own name. D.C. Official Code § 38-1202(b) (2003). Accordingly, the University of the District of Columbia is not a proper party to this action.

For the foregoing reasons, defendant University of the District of Columbia respectfully requests that this Court dismiss plaintiff's complaint.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General of the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division


                        ___/s/ Patricia A. Jones_____
                        PATRICIA A. JONES [428132]
                        Chief, General Litigation Section IV


                        ___/s/ C. Vaughn Adams_____
                        C. VAUGHN ADAMS [449770]
                        Assistant Attorney General
                        441 4th Street, N.W., 6S-066
                        Washington, D.C. 20001
                        (202) 724-6519; (202) 727-6295
                        (202) 727-3625 (fax)
                        corliss.adams@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS, )<br>)<br>  Plaintiff, )<br>) Civil No. 07 cv 02207 (JDB)<br>  v. )<br>)<br>UNIVERSITY OF THE )<br>DISTRICT OF COLUMBIA, )<br>)<br>  Defendant. )<br>_____) | |

## ORDER

Upon consideration of defendant University of the District of Columbia's Motion to Dismiss the Complaint, plaintiffs' opposition thereto, it is this ___ day of _____, 2008, hereby,

ORDERED: that the defendant's motion is hereby granted for the reasons set forth therein.

_____
Judge

CC:  C. Vaughn Adams
     Assistant Attorney General
     441 4th Street, N.W., 6S-066
     Washington, D.C. 20001

     David R. Levinson, Esquire
     1329 19th Street, N.W.,
     Suite 601
     Washington, DC 20036