UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESSICA BARNABAS<br><br>Plaintiff<br><br>v.<br><br>UNIVERSITY OF THE DISTRICT OF COLUMBIA<br><br>and the<br><br>DISTRICT OF COLUMBIA<br><br>Defendants | )<br>) JURY TRIAL<br>)<br>)<br>)<br>)Civ.No.07 cv<br>)         02207<br>)    (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

-------------------------------------------------------------------------------------

**PLAINTIFF'S OPPOSITION TO DEFENDANT UNIVERSITY'S
SECOND MOTION TO DISMISS**

Plaintiff Essica Barnabas, through counsel, hereby opposes Defendant University of the District of Columbia's March 19, 2008 Motion to Dismiss the amended complaint in this matter..

Defendant University of the District of Columbia, through the District of Columbia Attorney General's office, first moved this Court on February 12, 2008 to dismiss the complaint filed December 7, 2007.  That motion rested on the basis that the University of the District of Columbia is not a suable entity separate and apart from the District of Columbia government.

On February 25, 2008, Plaintiff has filed a first amended complaint to add the District of Columbia as a named Defendant.   On March 19, 2008, Defendant University of the District of

Columbia again moved to dismiss the complaint, on the same basis as its initial motion to dismiss. Defendant noted that the District of Columbia had not been served with a summons and complaint.

However, the 120 day window for service of a defendant pursuant to Federal Rule of Civil Procedure 4(m) runs, as to the District of Columbia, from the February 25, 2008 filing of the amended complaint naming the District of Columbia as a defendant. See, e.g. McGuckin v. U.S., 918 F2d 811, 813 (9th Cir. 1990); Bolden v. City of Topeka, 441 F.3d 1129, 1148 (10th Cir. 2006). (Defendant District of Columbia has been sent a FRCP 4(d) notice and request with the amended complaint, and has time remaining to respond thereto.)

Accordingly, Defendant University of the District of Columbia's second motion to dismiss is premature and without merit.

Accordingly, Plaintiff for the reasons set forth above and for the reasons set out in Plaintiff's prior opposition to Defendant's previous February 12, 2008 motion to dismiss, Plaintiff respectfully requests this court to deny both of Defendant's pending motions to dismiss.
.

Respectfully submitted
this Second Day of April, 2008

---------------------------
David R. Levinson (DC Bar #425176)
1320 19th Street, NW
Suite 601
Washington, D.C. 20036

        Tel. 202  223-34343
        Levlaw@gmail.com

        Attorney for Plaintiff
        Essica Barnabas

Certificate of Service

I hereby certify that a copy of the foregoing Plaintiff's Opposition to Defendant University's Second Motion to Dismiss was served by electronic means on April 2, 2008, to:

Peter J. Nickles, Interim AG for DC
George C. Valentine, Deputy AG
Patricia A. Jones, Chief, Gen. Litig. Sec. IV
C. Vaughn Adams, Asst. AG
441 4th Street, NW   6S-066
Washington, DC   20001