UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF THE DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Civil Action No.  07-2207 (JDB) |

## ORDER

Presently before the Court is the motion to dismiss the Amended Complaint filed by the University of the District of Columbia ("UDC").  The basis for that motion is UDC's assertion that it is *non sui juris*.  As an agency within the government of the District of Columbia, the argument goes, UDC is not subject to suit as a separate entity.  See UDC Mot. to Dismiss at 5.  UDC cites to a myriad of authority in support of that proposition.  See, e.g., Does I through III v. District of Columbia, 238 F. Supp. 2d 212, 222 (D.D.C. 2002) (quoting Gales v. District of Columbia, 47 F. Supp. 2d 43, 48 (D.D.C. 1999); Arnold v. Moore, 980 F. Supp. 28, 33 (D.D.C. 1997) (citing Robertson v. District of Columbia Bd. of Higher Educ., 359 A.2d 28, 31 n. 4 (D.C. 1976)).  On February 25, 2008, plaintiff Essica Barnabas filed her Amended Complaint, which added the District of Columbia as a defendant in this action.[1]  She did not, however, drop her claim against UDC.  In fact, UDC is correct that it is not an entity amenable to suit in its own capacity.  See Foggy Bottom Ass'n v. District of Columbia Office of Planning, 441 F. Supp. 2d

---

[1] To date, the District has not been served with process.

84, 88 (D.D.C. 2006) ("Specifically, defendants argue, and the Court agrees, that agencies and departments of the District of Columbia government are not amenable to suit."). Barnabas offers no argument to the contrary but maintains that UDC's motion is still somehow "premature and without merit." Pl.'s Opp'n at 2. She is mistaken. UDC simply cannot be sued; the proper defendant is the District itself.

Thus, upon consideration of [5] UDC's motion to dismiss, the opposition thereto, the entire record herein, and for the foregoing reasons, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that the complaint is **DISMISSED** with respect to defendant UDC.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: April 3, 2008