UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF THE )<br>DISTRICT OF COLUMBIA )<br>)<br>and )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>Defendants. )<br>_____ ) | Civil No. 07 cv 02207 (JDB) |

**DEFENDANT'S MOTION FOR RELIEF FROM ORDER**

Defendant District of Columbia,[1] by and through counsel, and pursuant to Fed. R. Civ. P. 60(b), respectfully moves this Court for relief from its Order dated April 3, 2008, wherein it found that "the proper defendant is the District itself". The District of Columbia is not a proper party to this action. Instead, "The Board of Trustees of the University of the District of Columbia" is the proper party defendant.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated by reference.

              Respectfully submitted,

              PETER J. NICKLES
              Interim Attorney General for the District of Columbia

---

[1] The District of Columbia has not been properly served with plaintiff's summons and complaint in accordance with Fed. R. Civ. P. 4.

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        __/s/ Patricia A. Jones_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Section IV


        __/s/ C. Vaughn Adams_____
        C. VAUGHN ADAMS [449770]
        Assistant Attorney General
        441 4th Street, N.W., 6S-066
        Washington, D.C. 20001
        (202) 442-9840; (202) 727-6295
        (202) 727-3625 (fax)
        corliss.adams@dc.gov

## 7(m) CERTIFICATION

On April 17, 2008, I called counsel for the Plaintiff, David R. Levinson, Esquire, to request consent to the relief sought herein. Consent was not given, necessitating the filing of this motion.

        __/s/ C. Vaughn Adams_____
        C. VAUGHN ADAMS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESSICA BARNABAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF THE )<br>DISTRICT OF COLUMBIA )<br>)<br>and )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>)<br>Defendants ) | Civil No. 07 cv 02207 (JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF DEFENDANT'S MOTION FOR RELIEF FROM ORDER**

Plaintiff filed this lawsuit against the University of the District of Columbia alleging that she was wrongfully discriminated against and denied employment as a full time professor in violation of the Age Discrimination in Employment Act. She further alleges that she was retaliated against for complaining to the EEOC. On February 25, 2008, Plaintiff amended her Complaint to include the District of Columbia as a party defendant.

On April 3, 2008, this honorable Court dismissed the University of the District of Columbia as a defendant in this case and found that "the proper defendant is the District itself". However, Plaintiff cannot maintain this action against the District of Columbia because the proper party for actions taken by the University of the District of Columbia is the "Board of Trustees for the University of the District of Columbia". See, Manago v. District of Columbia, 934 A.2d 925 at 927 (D.C. 2007)(" The District of Columbia itself

was not a proper defendant to these claims. D.C. Official Code § 38-1202.01 (a)"established a body corporate by the name of the Board of Trustees of the University of the District of Columbia," giving it the power "to sue and be sued, to complain and defend in its own name in any court of competent jurisdiction . . . ." *Cf.* <u>District of Columbia Water & Sewer Authority v. Delon Hampton & Assocs.,</u> 851 A.2d 410, 412 (D.C. 2004) (explaining that the D.C. Water & Sewer Authority, a corporate body, has a separate legal existence from the District of Columbia government). Because the District is not the proper party in this litigation, it herein requests that the Court alter its Order that finds that it is the proper party defendant.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General of the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division


    __/s/ Patricia A. Jones_____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Section IV


    _/s/ C. Vaughn Adams_____
    C. VAUGHN ADAMS [449770]
    Assistant Attorney General
    441 4th Street, N.W., 6S-066
    Washington, D.C. 20001
    (202) 442-9840; (202) 727-6295
    (202) 727-3625 (fax)
    corliss.adams@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>UNIVERSITY OF THE )<br>DISTRICT OF COLUMBIA )<br>)<br>and )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>Defendants ) | Civil No. 07 cv 02207 (JDB) |

## ORDER

Upon consideration of defendant District of Columbia's Motion for Relief from Order, plaintiff's opposition thereto and the record herein, it is this ___ day of _____, 2008, hereby,

ORDERED: that the defendant's motion is hereby granted for the reasons set forth therein; and it is,

FURTHER ORDERED: that the Court finds that the District of Columbia is not the proper party defendant in this litigation;

FURTHER ORDERED: that the complaint is DISMISSED with respect to defendant District of Columbia.

_____
Judge