UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS,<br><br>    Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF THE DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Civil Action No.  07-2207 (JDB) |

### ORDER

Upon consideration of [8] the District of Columbia's motion to amend/correct the April 3, 2008 Order filed on this date, it is hereby **ORDERED** that plaintiff Essica Barnabas may amend her complaint to name the assertedly proper defendant to this action, the Board of Trustees of the University of the District of Columbia, by not later than April 28, 2008.  The Court will issue a decision on the District's motion after that date.

    **SO ORDERED**.

                                         /s/ John D. Bates
                                        JOHN D. BATES
                                   United States District Judge

Date:  April 17, 2008