UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESSICA BARNABAS<br><br>Plaintiff<br><br>v.<br><br>UNIVERSITY OF THE DISTRICT OF COLUMBIA<br><br>and the<br><br>DISTRICT OF COLUMBIA<br><br>Defendants | )<br>) JURY TRIAL<br>)<br>)<br>)<br>)Civ.No.07 cv<br>)     02207<br>)   (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

-------------------------------------------------------------------------------------------

**PLAINTIFF'S OPPOSITION TO DEFENDANT
DISTRICT OF COLUMBIA'S MOTION FOR RELIEF FROM ORDER**

Plaintiff Essica Barnabas, through counsel, hereby opposes Defendant District of Columbia's April 17, 2008 Motion for Relief from Order in this matter..

Defendant District of Columbia moved this Court on April 17 pursuant to FRCP 60(b) for relief from the Court's April 13, 2008 Order holding that the proper defendant in this action is the District of Columbia.. That Order resulted from a March 19, 2008 filing by the University of the District of Columbia, through the offices of the Attorney General of the District of Columbia, asking that the first amended complaint, naming the University of the District of Columbia and the District of Columbia, be dismissed as against the University of the District of Columbia. (Mem. Of Pnts. & Auth, p. 3 , "For the foregoing reasons, defendant University of the District of

Columbia respectfully requests that this Court dismiss plaintiffs First Amended Complaint against it with prejudice.")

The District of Columbia, through the office of its Attorney General, in its present motion identifies the proper defendant in this matter as the Board of Trustees for the University of the District of Columbia. In response the Court ordered that Plaintiff would be allowed to amend her complaint to name that defendant. An amended complaint to that effect, naming the Board of Trustees for the University of the District of Columbia as defendant, and deleting the District of Columbia as defendant, was filed on April 28, 2008. (Plaintiff inadvertently failed to include with the Motion for Leave to File Second Amended Complaint a proposed order, as dictated by Local Rule 7c. Such a proposed order for the April 28 motion is enclosed here, and the Court is respectfully requested to accept this addition to Plaintiff's April 28 filing.)

The allowance of Plaintiff's filing of the Second Amended Complaint acts to remove the District of Columbia as a defendant in this matter, as it now, for the first time, asserts is proper. Accordingly, there appears to be no basis to grant the District of Columbia's Motion for Relief from the Court's April 3, 2008 Order. In addition, grant of such post judgment motions is considered as requiring extraordinary circumstances. Lewis v. American Foreign Service Ass'n, 846 F.Supp. 77. The ongoing, and hopefully now resolved, misunderstanding as to the ability of the District of Columbia, and/or its Board of Trustees, to sue or be sued, would not seem to be an extraordinary circumstance. This is particularly so in a situation where the Order was issued as requested by an evidently closely allied co-defendant.

For the above reasons Plaintiff Barnabas opposes the District of Columbia's Motion for

Relief from Order.   A proposed Order is enclosed.


Respectfully submitted
this First Day of May, 2008

                                ---------------------------
                          David R. Levinson (DC Bar #425176)
                                         1320 19th Street, NW
                                         Suite 601
                                         Washington, D.C.  20036
                                         Tel. 202   223-34343
                                         Levlaw@gmail.com

                                         Attorney for Plaintiff
                                         Essica Barnabas


Certificate of Service

I hereby certify that a copy of the foregoing Plaintiff's Opposition to Defendant University's Motion for Relief from Judgment was served by electronic means on May 1, 2008, to:

Peter J. Nickles, Interim AG for DC
George C. Valentine, Deputy AG
Patricia A. Jones, Chief, Gen. Litig. Sec. IV
C. Vaughn Adams, Asst. AG
441 4th Street, NW   6S-066
Washington, DC   20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS<br><br>Plaintiff<br><br>v.<br><br>The BOARD OF TRUSTEES FOR THE<br>UNIVERSITY OF THE DISTRICT OF COLUMBIA<br><br>Defendant | )<br>) JURY TRIAL<br>)<br>)<br>)<br>)Civ.No.07 cv<br>)         02207<br>)         (JDB)<br>)<br>)<br>)<br>) |

**ORDER**

_____Upon consideration of Plaintiff's Motion for Leave to file Second Amended Complaint, and consistent with this Court's Order of April 17, 2008, such leave is hereby granted, and Plaintiff is to serve such complaint upon the newly named Defendant consistent with FRCP 4.

SO ORDERED

-------------------------------
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESSICA BARNABAS<br><br>Plaintiff<br><br>v.<br><br>The BOARD OF TRUSTEES FOR THE<br>UNIVERSITY OF THE DISTRICT OF COLUMBIA<br><br>Defendant | )<br>) JURY TRIAL<br>)<br>)<br>)<br>)Civ.No.07 cv<br>)          02207<br>)         (JDB)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Motion for Relief from Judgment by the District of Columbia, and the Opposition thereto, it is ordered the Motion is hereby denied.

SO ORDERED                                  ----------------------------------

                                                                                          United States District Judge