**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ESSICA BARNABAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil No. 07 cv 02207 (JDB)** |
| **v.** | ) | |
| | ) | |
| **UNIVERSITY OF THE** | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| **Defendants** | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**

Defendants University of the District of Columbia and District of Columbia, by

and through counsel, responds to Plaintiff's Motion for Leave to File a Second Amended

Complaint, and states as follows:

These Defendants consent to the dismissal of this action against them.  See,

Manago v. District of Columbia, 934 A.2d 925 at 927 (D.C. 2007) ("The District of

Columbia itself was not a proper defendant to these claims.  D.C. Official Code § 38-

1202.01 (a)"established a body corporate by the name of the Board of Trustees of the

University of the District of Columbia," giving it the power "to sue and be sued, to

complain and defend in its own name in any court of competent jurisdiction . . . ." *Cf.*

District of Columbia Water & Sewer Authority v. Delon Hampton & Assocs., 851 A.2d

410, 412 (D.C. 2004) (explaining that the D.C. Water & Sewer Authority, a corporate

body, has a separate legal existence from the District of Columbia government).  While

leave to amend is generally granted, these Defendants take no position on Plaintiff's

request to name the "Board of Trustees for the University of the District of Columbia" as

the proper party defendant in this action.  See Fed. R. Civ. P. 15.  Instead, these

Defendants defer to this Court for its ruling.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


     /s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation Section IV


  /s/ C. Vaughn Adams_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W., 6S-066
Washington, D.C. 20001
(202) 442-9840; (202) 727-6295
(202) 727-3625 (fax)
corliss.adams@dc.gov