UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS,<br><br>     Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF THE DISTRICT OF COLUMBIA, et al.,<br><br>     Defendants. | Civil Action No.  07-2207 (JDB) |

### ORDER

Upon consideration of [10] plaintiff Essica Barnabas's motion to amend the complaint, the response thereto, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.  It is further **ORDERED** that Barnabas's Second Amended Complaint is hereby deemed filed as of this date and Barnabas may now serve the complaint upon the newly added defendant consistent with the terms of Fed. R. Civ. P. 4.  And it is further **ORDERED** that [8] the District of Columbia's motion to amend or correct the Order on motion to dismiss is hereby **TERMINATED** as **MOOT**.

     SO ORDERED.

                                          /s/ John D. Bates
                                        JOHN D. BATES
                                   United States District Judge

Date:  June 27, 2008