UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSICA BARNABAS,<br><br>    Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF THE DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Civil Action No. 07-2207 (JDB) |

### ORDER

On June 27, 2008, this Court granted plaintiff Essica Barnabas leave to file her amended complaint. To date, however, it does not appear from the record that the amended complaint has been served on any defendant. Accordingly, it is hereby

**ORDERED** that plaintiff shall, by not later than September 1, 2008, either (1) file with the Court proof that defendants have been served with the summons and amended complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed. If plaintiff fails to comply with this Order or if the Court determines that plaintiff has not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice.

    **SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: August 12, 2008