AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ESSICA BARNABAS

SUMMONS IN A CIVIL CASE

V.

THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF THE DISTRICT OF
COLUMBIA

CASE NUMBER:   07-cv-02207(JDB)

TO: (Name and address of Defendant)

James W. Dyke, Jr., Chairman, Board of Trustees
University of the District of Columbia
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David R. Levinson
1320 19th Street, N.W.
P.O. Box 39286
Washington, D.C.  20016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 1 9 2008

CLERK                                DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/20/08 |
| NAME OF SERVER (PRINT) Mark J Rox | TITLE paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1750 Tyson's Blvd, Suite 1800, McLean, VA, McGuireWoods Law firm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 miles there 12 back = 24 | driving to off location service process | 1 hr, 24 miles |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/20/08
Date

Signature of Server

6060 California Circle #504 Rockville, MD 20852
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.